**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANDY ORTIZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:23-248 |
| v. ) | Judge Nora Barry Fischer |
| ) | Magistrate Judge Keith A. Pesto |
| BM ZBOROVANCIK, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 30th day of September, 2025, upon consideration of the Report and Recommendation of United States Magistrate Judge Keith A. Pesto dated December 12, 2023, (Docket No. 14), recommending that Plaintiff Andy Ortiz's Complaint be dismissed, without prejudice, for failure to prosecute and failure to comply with Court Orders, after conducting a detailed analysis of all of the relevant factors under *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863 (3d Cir. 1984), and ordering that any objections be filed within 14 days such that objections were due from non-ECF users like Plaintiff by January 2, 2024, and no objections having been filed by the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of December 12, 2023, (Docket No. 14), which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Complaint (Docket No. 12) is DISMISSED, without prejudice, for failure to prosecute, in light of the facts and circumstances of this case and the relevant factors under *Poulis* set forth by the Magistrate Judge, including, among other things, that Plaintiff failed to submit USMS service forms for any of the 57 Defendants that he has named as Defendants in this action, as directed in the Magistrate Judge's October 16, 2023

Order, that he is solely responsible for prosecuting this case as a pro se plaintiff, has not taken sufficient action to prosecute this case as he has not submitted the USMS service forms and none of the Defendants have been served and his only subsequent communication with the Court was his filing of a Motion for Leave to File an Amended Complaint substituting Laurel Harry, Secretary of Corrections, for a John Doe Defendant but does not address his failure to submit the USMS service forms, there are no other available sanctions to remedy his failure to prosecute as monetary sanctions are inappropriate given his pro se status, and the Magistrate Judge's evaluation of the merits of the Complaint indicate that the claims would otherwise be subject to dismissal for failure to state a claim, and such facts showing Plaintiff's dilatoriness are further buttressed by his failure to file any objections to the Report and Recommendation by the deadline of January 2, 2024 through the date of this Order; and,

  IT IS FURTHER ORDERED that an appropriate Judgment follows.

               *s/ Nora Barry Fischer*
               Nora Barry Fischer
               Senior U.S. District Judge

cc/ecf: United States Magistrate Judge Keith A. Pesto

cc: Andy Ortiz
   QN-9897
   SCI-Somerset
   1590 Walters Mill Road
   Somerset, PA 15510 (via first class mail)